1:20-cv-01305-JBM-JEH # 1   Page 9 of 9
1:20-cv-01305-JBM-JEH   #2   Page 1 of 1
E-FILED
Thursday, 27 August, 2020 09:18:42 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **BOVITEQ USA, INC.,** | |
| Plaintiff, | |
| v. | No. 1:20-cv-1305 |
| **TWIN RIVER VETERINARY SERVICE, LLC,** | |
| Defendant. | |

### PLAINTIFF'S LOCAL RULE 11.3 CERTIFICATE OF INTEREST

The undersigned counsel of record for BOVITEQ USA, INC., Plaintiff, furnishes the following in compliance with Rule 11.3 of this Court:

(1) The full name of every party or amicus the attorney represents in this case:

Boviteq USA, Inc., a Wisconsin corporation.

(2) If such party or amicus is a corporation:

   (a) its parent corporation, if any; and
   (b) a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party of amicus if it is a publicly held company.

Boviteq USA, Inc. is a wholly owned subsidiary of Semex USA, Inc. Boviteq is not a publicly held company.

(3) The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

Miller, Canfield, Paddock and Stone, P.L.C.

By: /s/ Cara M. Houck
   One of Its Attorneys.

Cara M. Houck (ARDC 6239153)
houck@millercanfield.com
Barry P. Kaltenbach (ARDC 6270034)
kaltenbach@millercanfield.com
Miller, Canfield, Paddock and Stone, P.L.C.
225 W. Washington, Suite 2600
Chicago, Illinois 60606
(312) 460-4200
(312) 460-4201 (facsimile)

36451369.1\152827-00001