E-FILED
Monday, 23 November, 2020  01:21:19 PM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| **BOVITEQ USA, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number: 20-1305** |
| | ) | |
| **TWIN RIVER VETERINARY** | ) | |
| **SERVICE, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JUDGMENT IN A CIVIL CASE

☒ **DECISION BY THE COURT**.    This action has been decided on a Motion for Default Judgment.

**IT IS ORDERED AND ADJUDGED** that default judgment is entered in favor of Plaintiff Boviteq USA, Inc. and against Defendant Twin River Veterinary Service, LLC. Plaintiff shall recover from Defendant the amount of $228,113.36 ($227,713.36 in damages plus $400 in filing fee costs).

**Dated: 11/23/2020**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court